STATE OF MONTANA, Plaintiff, vs. BILLY NARAY EVANS, Defendant.

DECISION

No. 6500A

The application of the above-named defendant for a review of the sentence of 40 years imposed on November 12th, 1974, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Ralph Randono, Attorney at Law, for his assistance to the defendant and to this court.

DATED this 28th day of February, 1975.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. GORDON B. CLIFFORD, Defendant.

DECISION

No. 6579B

The application of the above-named defendant for a review of the sentence of 5 years for Theft and Issuing a Bad Check imposed on January 17th, 1975, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Reverend Skribrub for his assistance to the defendant and to this court.

DATED this 24th day of April, 1975.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green.